Rehearing granted, rehearing en banc denied, and district court's decision vacated and remanded by unpublished order filed 1/15/97.

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6878**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HAYWOOD WILLIAMS, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CR-80-14-N, CA-96-60)

---

Submitted:  October 3, 1996      Decided:  October 21, 1996

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Haywood Williams, Jr., Appellant Pro Se.  OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion to reinstate a successive petition under 28 U.S.C. § 2255 (1988), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Williams, Nos. CR-80-14-N; CA-96-60 (E.D. Va. May 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED